**FILED**
September 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiff,　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>JESSE T. RINKE,　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　　　Defendant.　　　　　　　 ) | Case No. 2:08MJ00336GGH-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESSE T. RINKE__ , Case No. __2:08MJ00336GGH-01__ , Charge __18 USC § 3563__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__ Release on Personal Recognizance

　　　__ Bail Posted in the Sum of $_____

　　　　　__ Unsecured Appearance Bond

　　　　　__ Appearance Bond with 10% Deposit

　　　　　__ Appearance Bond with Surety

　　　　　__ Corporate Surety Bail Bond

　　　　　__ (Other) __

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 30, 2008__ at __2:00 pm__ .

　　　　　　　　　　　　　　　　By　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court